IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX ULLOA, | : | No. 1:23-CV-0776 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| ANDY CRUZ,[1] | : | |
| Respondent | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Alex Ulloa's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to CLOSE this case.

Date: 3/14/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

---

[1] Ulloa named the "United States of America" as Respondent in this case. However, Ulloa is currently confined at FCI Fort Dix, so the appropriate respondent is the warden of that institution, Acting Warden Andy Cruz. (See Doc. 10 at 1 n.1); 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004); see also 28 U.S.C. § 2254 Rule 2(a). The Court will therefore substitute the appropriate respondent in this matter. See FED. R. CIV. P. 25(d).